DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

VENET DESIR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3144

———————————————

September 23, 2022

Appeal from the Circuit Court for Hillsborough County; Kimberly K.
Fernandez, Judge.

Venet Desir, pro se.

Ashley Moody, Attorney General, Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LUCAS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.